**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**AMANDA BOND ,**
          Plaintiff(s)/Petitioner(s),

vs.

CASE NO. **2:17–CV–01060–TLN–DB**

**CITIBANK, N.A. ,**
          Defendant(s)/Respondent(s).

---

**IMPORTANT**

**IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE.**

---

[X] **CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: __June 23, 2017__    Signature: __s/Todd M. Friedman__

                                   Print Name: __Todd M. Friedman, Esq.__
                                                ( x ) Plaintiff/Petitioner ( ) Defendant/Respondent
                                                Counsel for_____*

---

[ ] **DECLINE OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to Title 28, U.S.C. Sec 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but hereby declines to consent.

Date: _____    Signature: _____

                                   Print Name: _____
                                            ( ) Plaintiff/Petitioner ( ) Defendant/Respondent
                                              Counsel for_____*

*\*If representing more than one party, counsel must indicate the name of each party responding.*

Filed electronically on this 23th day of June, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Troy L. Nunley
United States District Court
Eastern District of California

And all Counsel of Record as recorded on the Electronic Service List.

This 23th day of June, 2017

<u>s/Todd M. Friedman, Esq.</u>
TODD M. FRIEDMAN