Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMANDA BOND,** | Case No. 2:17-cv-01060-TLN-DB |
| Plaintiff, | **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |
| vs. | |
| **CITIBANK, N.A.**; and **DOES 1 – 10** inclusive, | |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.   A proposed order has been concurrently submitted to this Court via email.

\\\

\\\

Respectfully submitted this 29th day of August, 2017

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiff

By: s/Michael D. Schulman, Esq.
Michael D. Schulman
Attorney for Defendant

Filed electronically on this 29th day of August, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Troy L. Nunley
Honorable Magistrate Judge Deborah Barnes
United States District Court
Central District of California

And all Counsel of Record as recorded on the Electronic Service List.

This 29th day of August, 2017

s/Todd M. Friedman
TODD M. FRIEDMAN