1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AMANDA BOND,** | ) Case No. 2:17-cv-01060-TLN-DB |
| Plaintiff, | ) |
| vs. | ) **(PROPOSED) ORDER** |
| **CITIBANK, N.A.**; and **DOES 1 – 10** inclusive, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice.  Each party shall bear their own costs and expenses.

Dated this ____day of August, 2017

_____
The Honorable Troy L. Nunley